IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 18-cr-00480-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LYLE WILLIAM PERRY,

    Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL
MONEY JUDGMENT AGAINST DEFENDANT LYLE WILLIAM PERRY**
_____

    This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment Against Defendant Lyle William Perry [Docket No. 38] pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court has reviewed the motion and is fully advised in the premises.

    On October 12, 2018, the United States charged defendant Lyle William Perry in Count One of an Information [Docket No. 1] which charged defendant with a violation of conspiracy to defraud the United States in violation of 18 U.S.C. § 371, namely, money laundering in violation of 18 U.S.C. § 1956(a)(1)(B)(i). The Information also sought forfeiture in the form of a personal money judgment against defendant Lyle William Perry pursuant to 18 U.S.C. § 982(a)(1) in the amount of proceeds involved in the offense.

    On October 31, 2018, the United States and defendant entered into a Plea Agreement [Docket No. 15] which provided that defendant would plead guilty to Count

One of the Information. Defendant also agreed to the forfeiture listed in the Information in the form of a personal money judgment under 18 U.S.C. § 982(a)(1) and Rule 32.2(b) of the Federal Rules of Criminal Procedure. Therefore, it is

**ORDERED** that the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment Against Defendant Lyle William Perry [Docket No. 38] is granted. It is further

**ORDERED** that $2,637,157.24 is subject to forfeiture as money involved in specified unlawful activity by defendant Lyle William Perry through the scheme and through commission of the offense in Count One, for which he has pleaded guilty. It is further

**ORDERED** that a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Lyle William Perry in the amount of $2,637,157.24 shall be entered in accordance with 18 U.S.C. § 982(a)(1).

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. It is further

**ORDERED** that this Preliminary Order of Forfeiture may be amended pursuant to Federal Rule of Criminal Procedure 32.2(e)(1).

DATED October 8, 2019.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge