IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 18-cr-00480-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYLE WILLIAM PERRY,

    Defendant.

---

**MR. LYLE PERRY'S SUPPLEMENT TO HIS RENEWED
MOTION FOR COMPASSIONATE RELEASE**

---

COMES NOW, Mr. Lyle Perry, by and through undersigned counsel, and hereby submits this Supplement to His Renewed Motion for Compassionate Release.

1)     Betty Ruth Perry died yesterday evening.

Respectfully submitted this 19th day of May, 2020.

                           *s/ Patrick J. Burke*
                           Patrick J. Burke
                           Patrick J. Burke, P.C.
                           303 16th Street, Suite 200
                           Denver, Colorado 80202
                           303-825-3050
                           303-825-2992 fax
                           Patrick-J-Burke@msn.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of May, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following, *and also by electronic mail by counsel to U.S. Probation Officer*:

Anna K. Edgar
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0409
E-mail:  Anna.Edgar@usdoj.gov

Gary Kruck, Gary_Kruck@cod.uscourts.gov
United States Probation Officer
The Byron Rogers United States Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294

                                          *s/ Jennifer J. Feldman*